B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District Of Tennessee

In re  Mary L Hodge  ,                                             Case No.  20-20487

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| United Security Financial Corp. | United Security Financial Corp. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
BSI Financial Services
1425 Greenway Drive, #400
Irving, TX 75038

Court Claim # (if known):  12-1
Amount of Claim: $118,093.65
Date Claim Filed:  3/11/2020

Phone: 800-327-7861
Last Four Digits of Acct. #:  9831

Phone: 877-426-8805
Last Four Digits of Acct. #:  9831

Name and Address where transferee payments should be sent (if different from above):
BSI Financial Services
314 S. Franklin Street
P.O. Box 517
Titusville, PA 16354
Phone: 800-327-7861
Last Four Digits of Acct. #:  9831

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Mark A. Baker                         Date:      April 9, 2021
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **TRANSFER OF CLAIM OTHER THAN FOR SECURITY** in the above captioned case was this day served upon the below named persons by mailing, postage prepaid, first class mail or by electronic service copy of such instrument to each person, party, and/or counsel at the addresses shown below:

**Via U.S. Mail**

Mary L Hodge
6861 Stevenwoods Ave
Memphis, TN 38141

**Via CM/ECF  electronic service:**

Janet M lane
2299 Union Ave
Memphis, TN 38104

George W. Stevenson
5350 Popluar Avenue
Suite 500
Memphis, TN 38119-3697

Dated: April 9, 2021

                                              Respectfully submitted,
                                              /s/ Mark A. Baker
                                              Mark A. Baker, TN Bar No. 26055
                                              McMichael Taylor Gray, LLC
                                              3550 Engineering Drive, Suite 260
                                              Peachtree Corners, GA 30092
                                              Telephone: (404) 474-7149
                                              Facsimile: (404) 745-8121
                                              E-mail: mbaker@mtglaw.com